IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS.. | CRIMINAL NO. 1:07-cr-149-MPM-DAS-3 |
| DOYLE BIGHAM | DEFENDANT |

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Maria Liu** on **May 9, 2023,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Maria Liu** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Maria Liu** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 9th day of May, 2023.

                                               /s/ Jane M. Virden
                                               UNITED STATES MAGISTRATE JUDGE